UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:21-CR-1FL (4)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHNATHAN PEEK )<br>    a/k/a "Big Boy" ) | **INDICTMENT** |

The Grand Jury charges that:

## COUNT ONE

From on or about August 16, 2019, to a time unknown but no later than September 14, 2019, in the Eastern District of North Carolina, the defendant, JOHNATHAN PEEK, a/k/a "Big Boy," knowingly possessed a stolen firearm, which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924.

## COUNT TWO

From on or about August 16, 2019, to a time unknown but no later than September 14, 2019, in the Eastern District of North Carolina, the defendant, JOHNATHAN PEEK, a/k/a "Big Boy," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly

possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT THREE

On or about September 20, 2019, in the Eastern District of North Carolina, the defendant, JOHNATHAN PEEK, a/k/a "Big Boy," knowingly possessed stolen firearms, which had been shipped and transported in interstate commerce before they were stolen, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924.

## COUNT FOUR

On or about September 20, 2019, in the Eastern District of North Carolina the defendant, JOHNATHAN PEEK, a/k/a "Big Boy," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed firearms, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

The defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offenses set forth in Counts One through Four, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in a knowing commission of that said offense.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

[Remainder of page intentionally left blank]

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 1-5-2021

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
JAKE D. PUGH
Assistant United States Attorney
Criminal Division